UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TONYA PRICE | CIVIL ACTION NO. 1:17-cv-01569 |
| VERSUS | JUDGE TRIMBLE |
| CITY OF ALEXANDRIA, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Attorney Carol D. Powell-Lexing, counsel for Plaintiff, has filed a **Motion to Withdraw (Doc. 11)**. The motion appears to be in compliance with the local rule regarding withdrawal of counsel. Accordingly, the motion is **granted**.

Plaintiff is strongly encouraged to retain new counsel. She is granted until **April 9, 2018** to either (1) enroll new counsel to represent her in this case or (2) file with the court a written statement that she intends to represent herself. Failure to take one of these steps by April 9, 2018 may result in Plaintiff's case being dismissed, without further notice, for failure to prosecute. If Plaintiff elects to represent herself, she is responsible for complying with applicable deadlines and rules. The court and its staff cannot give legal advice to a party. Copies of the rules are located on the court's website: www.lawd.uscourts.gov.

The Clerk of Court is instructed to (1) send a copy of this order to Plaintiff at the address reflected on the certified mail receipt filed as Exhibit A (Doc. 13) to the Motion to Withdraw: 5314 Airview Road, Alexandria, LA 71302, and modify the docket sheet so that Plaintiff will receive all future notices issued by this court at that address. Plaintiff is

obligated to advise the Clerk of Court in writing of any changes to her address. If mail is returned, it may result in the case being dismissed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 9th day of March, 2018.

Mark L. Hornsby
U.S. Magistrate Judge